JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 25-2855 JGB (SKx) | Date | December 12, 2025 |
|---|---|---|---|
| Title | *Justin Olivar v. Carson Smithfield LLC* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order DISMISSING Plaintiff's Complaint (Dkt. No. 1) (IN CHAMBERS)**

On October 27, 2025, pro se Plaintiff Justin Olivar ("Plaintiff") filed a complaint against Defendant Carson Smithfield LLC. ("Complaint," Dkt. No. 1.) On October 29, 2025, Plaintiff filed a motion for leave to proceed in forma pauperis. ("IFP Request," Dkt. No. 4.) On November 10, 2025, the Court found that Plaintiff is able to pay the filing fees and ordered Plaintiff to do so within 30 days of the order. ("IFP Order," Dkt. No. 8.) The IFP Order warned Plaintiff that failure to timely pay the filing fee would result in dismissal without prejudice of his Complaint. (Id.)

As of the date of this Order, Plaintiff has not paid the filing fee. Accordingly, the Court **DISMISSES** the Complaint. The Clerk is directed to close the case.

   **IT IS SO ORDERED.**